**Earl STANTON, Plaintiff–Appellant,**

v.

**McINTOSH COUNTY, GEORGIA, Sheriff of McIntosh County, Georgia, James Lyons, individually, Defendants–Appellees.**

No. 11–10941
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 21, 2011.

C. Dorian Britt, Robert Bartley Turner, Savage, Turner, Kraeuter, Pinckney, Britt & Madison, Savannah, GA, for Plaintiff–Appellant.

Garret W. Meader, Richard K. Strickland, Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP, Brunswick, GA, for Defendants–Appellees.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Appellant brought an action against McIntosh County, Georgia, Stephen Jessup, as Sheriff of McIntosh County, and Captain James Lyons under 42 U.S.C. § 1983. The district court granted summary judgment in favor of all the defendants. In this appeal the Appellant challenges that ruling only as to Captain James Lyons.

After studying the briefs and the record, we affirm the ruling of the district court for the reasons set forth in its ORDER of September 29, 2010. Based upon the uncontradicted facts surrounding the obtaining of the arrest warrant, Captain James Lyons is entitled to qualified immunity.

**AFFIRMED.**